

# NUMBER 13-15-00333-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE JENNIFER MACHACEK IN HER CAPACITY
AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF
LAVERNE (TOBY) SMITH, DECEASED**

**On Petition for Writ of Mandamus.**

## ORDER

**Before Justices Rodriguez, Garza, and Longoria
Per Curiam Order**

Relator, Jennifer Machacek in her capacity as Independent Administrator of the Estate of Laverne (Toby) Smith, Deceased, filed a petition for writ of mandamus, a motion for emergency stay, and an amended motion for emergency stay in the above cause on June 21, 2015. Through this original proceeding, relator seeks to compel the trial court to vacate its order of July 10, 2015 compelling the production of privileged documents.

The Court, having examined and fully considered the amended motion for emergency stay, is of the opinion that said motion should be granted. The amended

motion for emergency stay is GRANTED, and the trial court's order of July 10, 2015, is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Andrea Gilliland and Sandra Dee Taylor, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of July, 2015.